**DISMISS; and Opinion Filed April 5, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00935-CV

**KYLE IRVING AHART, Appellant**
**V.**
**RANDALL NOE FORD LLP, Appellee**

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 99344-86**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Carlyle
Opinion by Justice Molberg

Appellant's corrected brief is past due. By order dated January 28, 2019, we extended the deadline for appellant to file a corrected brief, and cautioned appellant that failure to file the corrected brief no later than February 8, 2019 would result in dismissal of the appeal. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed the corrected brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss the appeal. *See id.* 38.8(a)(1); 42.3(b), (c).

/Ken Molberg/
180935F.P05                                                KEN MOLBERG
                                                           JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

KYLE IRVING AHART, Appellant

No. 05-18-00935-CV      V.

RANDALL NOE FORD LLP, Appellee

On Appeal from the 86th Judicial District Court, Kaufman County, Texas
Trial Court Cause No. 99344-86.
Opinion delivered by Justice Molberg.
Justices Myers and Carlyle participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee RANDALL NOE FORD LLP recover its costs of this appeal from appellant KYLE IRVING AHART.

Judgment entered this 5th day of April, 2019.